IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GLORIA HILL,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK HOME MORTGAGE, JOE VASCO, and 100 YEAR HOMES, INC.,<br><br>Defendants. | 8:22CV299<br><br>**MEMORANDUM AND ORDER** |

Plaintiff filed a Motion for Leave to Proceed in Forma Pauperis, Filing No. 2, and a Motion for Permission for Electronic Case Filing, Filing No. 3. Upon review of Plaintiff's Motions, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis and that Plaintiff's motion to file electronically is also proper.

IT IS THEREFORE ORDERED that Plaintiff's motion for leave to proceed in forma pauperis, Filing No. 2, is granted, and the Complaint shall be filed without payment of fees. The Plaintiff's motion for e-filing rights, Filing No. 3, is also granted. Plaintiff is advised that the next step in her case will be for the Court to conduct an initial review of her claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 24th day of August, 2022.

2

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court

2