IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GLORIA HILL, <br><br> Plaintiff, <br><br> vs. <br><br> U.S. BANK HOME MORTGAGE, JOE VASCO, and 100 YEAR HOMES, INC., <br><br> Defendants. | 8:22CV299 <br><br><br> **MEMORANDUM AND ORDER** |

This matter is before the Court on its own motion. On October 20, 2022, Plaintiff filed what the Court construes as an Amended Complaint, Filing No. 9, in response to this Court's October 11, 2022 Memorandum and Order, Filing No. 8, requiring filing of an amended complaint. However, due to certain technical defects, the Amended Complaint cannot be further processed until Plaintiff corrects the defect listed below. FAILURE TO CORRECT THE DEFECT MAY RESULT IN DISMISSAL OF THE AMENDED COMPLAINT.

Plaintiff has failed to sign the Amended Complaint in accordance with Federal Rule of Civil Procedure 11 and the court's Local Rules. This matter cannot proceed until the Amended Complaint is signed.

IT IS THEREFORE ORDERED that:

1. Plaintiff is directed to correct the above-listed technical defect in the Amended

Complaint on or before **December 30, 2022.**

    2. Failure to comply with this Memorandum and Order will result in dismissal of this matter without prejudice and without further notice.

    3. The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **December 30, 2022**: deadline for submission of a signed complaint.

    4. No further review of this case shall take place until Plaintiff complies with this order.

    Dated this 30th day of November, 2022.

BY THE COURT:

*[signature]*

Joseph F. Bataillon
Senior United States District Court